# Cuti Hecker Wang llp

305 Broadway, Suite 607
New York, New York 10007

**Alexander Goldenberg**
212 620 2607 tel
212 620 2617 fax

agoldenberg@chwllp.com

July 31, 2018

**By ECF**

Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:  *W.S. Badger Company, Inc. v. CMX Process Technologies, LLC*,
Civ. No 16-1291 (JFB) (AKT) (E.D.N.Y.)

Dear Judge Tomlinson:

This firm represents plaintiff W.S. Badger Company, Inc. ("Badger") in the above-referenced matter.  Pursuant to Your Honor's Order dated May 16, 2018, we submit this joint status report on behalf of all parties that have appeared in the case.

As explained in my letters dated April 6, 2018, and May 15, 2018, Badger's claims against defendant Doug Cohen were automatically stayed by a Bankruptcy Court proceeding (*In re Doug Cohen*, Case No: 17-73474-ast (Bankr. E.D.N.Y.)) (the "Bankruptcy Action")), in which the parties to this case, each represented by bankruptcy counsel, reached a resolution ("Settlement Agreement") that will result in dismissal of all claims.  The Bankruptcy Court approved the Plan of Reorganization or about July 5, 2018.  Pursuant to the Settlement Agreement in the Bankruptcy Action, counsel are finalizing a stipulation of dismissal without prejudice that they, and Mr. Cohen, will sign.  We will file the stipulation as soon it is finalized and executed, but no later than twenty-one (21) days from today.

We thank Your Honor for your consideration of this letter.

Very truly yours,

Alexander Goldenberg

cc: Kenneth Seidell, Esq. (by ECF)