UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————— x

W.S. BADGER COMPANY, INC.,

        Plaintiff,

-against-

CMX PROCESS TECHNOLOGIES, LLC and
DOUG COHEN,

        Defendants.
———————————————————————— x

No. 16 Civ. 1291 (JFB)(AKT)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED** by the parties through their respective attorneys of record, that this matter shall be, and is hereby, dismissed <u>without</u> prejudice against defendants CMX Process Technologies, LLC and Doug Cohen, and without costs or attorneys' fees against any party.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no party hereto is an infant or incompetent person to whom a committee has been appointed and no person who is not a party hereto has an interest in the subject matter of the action.

      **WHEREFORE** the parties respectfully request that this Court issue an Order of Dismissal consistent with this Stipulation.

IT IS SO STIPULATED.

By: _____
Alexander Goldenberg
CUTI HECKER WANG LLP
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2600

*Attorneys for Plaintiff*

By: _____
Kenneth M. Seidell
DEVITT SPELLMAN BARRETT, LLP
50 Route 111, Suite 314
Smithtown, NY 11787
(631) 724-8833

*Attorneys for Defendant Doug Cohen*

CMX PROCESS TECHNOLOGIES, LLC

By: _____
Doug Cohen, President

SO ORDERED: _____
Hon. Joseph F. Bianco
United States District Judge