F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 14 2018   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

W.S. BADGER COMPANY, INC.,

               Plaintiff,

     -against-

CMX PROCESS TECHNOLOGIES, LLC and
DOUG COHEN,

               Defendants.

———————————————————————— x

No. 16 Civ. 1291 (JFB)(AKT)

**STIPULATION OF DISMISSAL**

     **IT IS HEREBY STIPULATED AND AGREED** by the parties through their respective

attorneys of record, that this matter shall be, and is hereby, dismissed without prejudice against

defendants CMX Process Technologies, LLC and Doug Cohen, and without costs or attorneys'

fees against any party.

     **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no party hereto is an

infant or incompetent person to whom a committee has been appointed and no person who is not

a party hereto has an interest in the subject matter of the action.

     **WHEREFORE** the parties respectfully request that this Court issue an Order of

Dismissal consistent with this Stipulation.

1

**IT IS SO STIPULATED.**

By: _____
Alexander Goldenberg
CUTI HECKER WANG LLP
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2600

*Attorneys for Plaintiff*

By: _____
Kenneth M. Seidell
DEVITT SPELLMAN BARRETT, LLP
50 Route 111, Suite 314
Smithtown, NY 11787
(631) 724-8833

*Attorneys for Defendant Doug Cohen*

CMX PROCESS TECHNOLOGIES, LLC

By: _____
Doug Cohen, President

8/14/18

SO ORDERED: _s/ Joseph F. Bianco_____
Hon. Joseph F. Bianco
United States District Judge

The clerk of
the court shall
close the case.

2